■■ PENNZOIL COMPANY, Appellant-Respondent, v GEORGE A. CARLSON, Respondent-Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988). (Appeals from Order of Supreme Court, Chautauqua County, Ricotta, J.—Set Aside Verdict.) Present—Denman, P. J., Callahan, Balio, Lawton and Davis, JJ.